**Opinion filed September 15, 2022**



### In The

# Eleventh Court of Appeals

_____

## No. 11-22-00001-CV

_____

## COUNTRY SKIES AVIATION, LLC; DIMAS AVALOS; JAMES G. CHASTAIN; NICKY COOK; AND JAMES C. WILSON, Appellants

## V.

## THOMAS HUBBLE D/B/A ODESSA AVIATION, Appellee

**On Appeal from the 161st District Court**

**Ector County, Texas**

**Trial Court Cause No. B-17-08-0838-CV**

## M E M O R A N D U M   O P I N I O N

Appellants, Country Skies Aviation, LLC; Dimas Avalos; James G. Chastain; Nicky Cook; and James C. Wilson, have filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellants state that the parties have settled their dispute and have agreed to bear their own costs. *See* TEX. R. APP. P. 42.1(a)(1), (d).

According to Appellants, Appellee agrees to the relief requested in Appellants' motion.

Accordingly, we grant Appellants' unopposed motion and dismiss this appeal.

PER CURIAM

September 15, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J. [1]

Williams, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.